**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                                       Case No. 24-17342-RAM
**TATYANA PAULINE ARBOLEDA**                                     Chapter 13

                Debtor.
_____/

### DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE CH 13 PLAN, SUMMARY OF ASSETS, SCHEDULE A – J, DECLARATION CONCERNING DEBTOR'S SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, STATEMENT OF CURRENT MONTHLY INCOME, PAYMENT ADVICES AND DISCLOSURE OF COMPENSATIONAND 11 U.S.C. §521(A) REQUIREMENTS

**COMES NOW**, the Debtor, TATYANA PAULINE ARBOLEDA, by and through the undersigned counsel and hereby files this Motion for Extension of Time to file the Plan, Summary of Schedules, Schedule A-J, Declaration Concerning Debtor's Schedules, Statement of Financial Affairs, Statement of Current Monthly Income, Payment Advices and Disclosure of Compensation and 11 USC §521(a) requirements and in support thereof states the following:

1. On July 22, 2024, the Debtor filed a Chapter 13 Voluntary Petition.

2. The Chapter 13 Plan, the Summary of Assets and Liability and Certain Statistical Information, Schedules A-J, Statement of Financial Affairs, Declaration Concerning Debtors Schedules, and the Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period are due today, August 19, 2024.

3. Due to the Debtor's illness she was unable to provide the required documents to complete the Notice of Deficiency.

4. The Debtor recently retained the undersigned counsel.

5. The Debtor, therefore needs additional time to prepare the schedules, statement of financial affairs and statement of monthly income because of the need to gather all the necessary information from creditors.

**WHEREFORE**, the Debtor requests that this Court grant an extension of fifteen (15) days, September 2, 2024, to cure any and/or all filing deficiencies on the Notice of Incomplete Filing due.

                Respectfully Submitted By,

                MALOY LAW GROUP, LLC
                540 NW 165th Street Road, Suite 210
                Miami, Florida 33169
                Telephone No.: (786)483-7541
                Facsimile No.: (305)402-0204
                Service E-mail: service@maloylaw.com

                By: */s/ Marilyn L. Maloy*
                    Marilyn L. Maloy, Esq.
                    Florida Bar No.: 012771

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                By: */s/ Marilyn l. Maloy*
                    Marilyn L. Maloy, Esq.
                    Attorney for Debtor
                    For the Firm