

**ORDERED in the Southern District of Florida on August 28, 2024.**

_____
Robert A. Mark, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  
**TATYANA PAULINE ARBOLEDA**  
_____Debtor(s)/

Case No: 24-17342-RAM  
Chapter 13

### ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE CH 13 PLAN, SUMMARY OF ASSETS, SCHEDULE A – J, DECLARATION CONCERNING DEBTOR'S SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, STATEMENT OF CURRENT MONTHLY INCOME, PAYMENT ADVICES AND 11 U.S.C. §521(A) REQUIREMENTS

THIS MATTER came before the Court upon the Debtor's Exparte Motion for an Extension of Time to File the Plan, Summary of Schedules, Schedule A-J, Declaration Concerning Debtor's Schedules, Statement of Financial Affairs, Statement of Current Monthly Income, Payment Advices and 11 USC §521(a) requirements [DE 22] (the "Motion") filed by **TATYANA PAULINE ARBOLEDA** (the "Debtor").

For the reasons stated on the record, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1. The Motion [DE 22] is GRANTED.

2. The Debtor has until September 3, 2024 to file the following documents:

    a) The Plan;

    b) Summary of Schedules;

    c) Schedules A-J;

    d) Statement of Financial Affairs;

    e) Declaration Concerning Debtors Schedules;

    f) Statement of Current Monthly Income and Means Test Calculation;

    g) Payment Advices; and,

    h) 11 USC §521(a) requirements.

3. No further extensions will be granted absent extraordinary circumstances.

###

Submitted By:
Marilyn L. Maloy, Esq.
**Maloy Law Group, LLC**
540 NW 165 Street Road, Suite 210
Miami, FL 33169
(786) 483-7541

*Marilyn L. Maloy, Esquire is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.*