# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  
**TATYANA PAULINE ARBOLEDA**

Case No. 24-17342-RAM  
Chapter 13

Debtor.  
_____/

## DEBTOR'S EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE CH 13 PLAN, SUMMARY OF ASSETS, SCHEDULE A – J, DECLARATION CONCERNING DEBTOR'S SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, STATEMENT OF CURRENT MONTHLY INCOME, PAYMENT ADVICES AND DISCLOSURE OF COMPENSATION AND 11 U.S.C. §521(A) REQUIREMENTS

**COMES NOW**, the Debtor, TATYANA PAULINE ARBOLEDA, by and through the undersigned counsel and hereby files this Motion for Extension of Time to file the Plan, Summary of Schedules, Schedule A-J, Declaration Concerning Debtor's Schedules, Statement of Financial Affairs, Statement of Current Monthly Income, Payment Advices and Disclosure of Compensation and 11 USC §521(a) requirements and in support thereof states the following:

1. On July 22, 2024, the Debtor filed a Chapter 13 Voluntary Petition.

2. The Chapter 13 Plan, the Summary of Assets and Liability and Certain Statistical Information, Schedules A-J, Statement of Financial Affairs, Declaration Concerning Debtors Schedules, and the Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period are due today, September 3, 2024.

3. When the undersigned counsel attempted to file the Debtor's documents via CM/ECF, access to file in the system via her bankruptcy platform, where the documents were loaded, the undersigned counsel was denied access. (Please see attached ***Exhibit "A"***).

4. This is an emergency, as the Debtor's case will be dismissed if the extension is not granted to allow her to have her documents filed in the CM/ECF system, which will allow her property to be subject to a potential foreclosure.

5. The Debtor, therefore needs additional time to speak with PACER and CM/ECF representatives in order to file the schedules, statement of financial affairs and statement of monthly income.

6. This emergency motion is not being filed for purposes of delay and no party will be harmed if the Debtor is granted an additional two (2) days, if necessary, to file her missing documents due to unforeseen technological difficulties.

**WHEREFORE**, the Debtor requests that this Court grant her an emergency extension of two (2) days, **September 5, 2024**, to cure any and/or all filing deficiencies on the Notice of Incomplete Filing due.

Respectfully Submitted By,

MALOY LAW GROUP, LLC
540 NW 165th Street Road, Suite 210
Miami, Florida 33169
Telephone No.: (786)483-7541
Facsimile No.: (305)402-0204
Service E-mail: service@maloylaw.com

By:  */s/ Marilyn L. Maloy*
　　　　Marilyn L. Maloy, Esq.
　　　　Florida Bar No.: 012771

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  */s/ Marilyn l. Maloy*
　　　　Marilyn L. Maloy, Esq.
　　　　Attorney for Debtor
　　　　For the Firm