Case 24-17342-RAM    Doc 26-1    Filed 09/03/24    Page 1 of 5



Marilyn Maloy <marilyn@maloylaw.com>

# CM/ECF Login Not Activated
6 messages

**BC No Reply <bc-noreply@stretto.com>** <bc-noreply@stretto.com>                          Tue, Sep 3, 2024 at 10:41 PM
To: "marilyn@maloylaw.com" <marilyn@maloylaw.com>



Hello Marilyn Maloy

There was an issue activating your CM/ECF login.

Please login and check your CM/ECF logins to resolve any errors in order to get your login
activated with court noticing.

Login to Court Notices and Calendar

📞 800.492.8037  |  🎧 Support                   Stay Connected    ▶

This email was sent by **Best Case**. Do not reply to this email. This inbox is not monitored.

This message may contain confidential/proprietary information from Stretto or its

subsidiaries. If you are not an intended recipient, please refrain from the disclosure, copying, distribution or use of this information. All such unauthorized actions are strictly prohibited. If you have received this transmission in error, please notify the sender by e-mail and delete all copies of this material from any computer.

©2024 STRETTO. All Rights Reserved.

**6 attachments**

📄 **noname**
10K

📄 **noname**
4K

📄 **noname**
4K

📄 **noname**
4K

📄 **noname**
4K

📄 **noname**
4K

---

**BC No Reply <bc-noreply@stretto.com>** <bc-noreply@stretto.com>                                                      Tue, Sep 3, 2024 at 10:54 PM
To: "marilyn@maloylaw.com" <marilyn@maloylaw.com>

[Quoted text hidden]

**6 attachments**

📄 **noname**
10K

📄 **noname**
4K

📄 **noname**
4K

📄 **noname**
4K

📄 **noname**
4K

📄 **noname**
4K

---

**BC No Reply <bc-noreply@stretto.com>** <bc-noreply@stretto.com>                                Tue, Sep 3, 2024 at 10:55 PM
To: "marilyn@maloylaw.com" <marilyn@maloylaw.com>

[Quoted text hidden]

---

**6 attachments**

📄 **noname**
10K

📄 **noname**
4K

📄 **noname**
4K

📄 **noname**
4K

📄 **noname**
4K

📄 **noname**
4K

---

**BC No Reply <bc-noreply@stretto.com>** <bc-noreply@stretto.com>                                Tue, Sep 3, 2024 at 10:56 PM
To: "marilyn@maloylaw.com" <marilyn@maloylaw.com>

[Quoted text hidden]

---

**6 attachments**

📄 **noname**
10K

📄 **noname**
4K

📄 **noname**
4K

📄 **noname**
4K

📄 **noname**
4K

**noname**
4K

---

**BC No Reply <bc-noreply@stretto.com>** <bc-noreply@stretto.com>  												Tue, Sep 3, 2024 at 10:58 PM
To: "marilyn@maloylaw.com" <marilyn@maloylaw.com>

[Quoted text hidden]

---

**6 attachments**

**noname**
10K

**noname**
4K

**noname**
4K

**noname**
4K

**noname**
4K

**noname**
4K

---

**BC No Reply <bc-noreply@stretto.com>** <bc-noreply@stretto.com>  												Tue, Sep 3, 2024 at 11:05 PM
To: "marilyn@maloylaw.com" <marilyn@maloylaw.com>

[Quoted text hidden]

---

**6 attachments**

**noname**
10K

**noname**
4K

**noname**
4K

**noname**
4K

**noname**
4K

📄 **noname**
4K